**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 26 2018 ★

LONG ISLAND OFFICE

Sean Conety,

        Plaintiff,

-against-

Monarch Recovery Management, Inc.,

        Defendant.

Docket No: 2:16-cv-05548-ADS-SIL

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 21, 2018

| | |
|---|---|
| **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** | **BARSHAY SANDERS, PLLC** |
| By: ___/s Joseph Hess___<br>Joseph Hess, Esq.<br>88 Pine St, 21st Floor<br>New York, New York 10005<br>Tel: (212) 376-6438<br>*Attorneys for Defendant* | By: ___/s Craig B. Sanders___<br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *ConsumerRights@BarshaySanders.com*<br>Our File No: 111436<br>*Attorneys for Plaintiff* |

SO ORDERED: Case shall remain closed.

s/ Arthur D. Spatt

_____
Arthur D. Spatt, U.S.D.J.

6/26/18
_____
Date